1 **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2 Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
3 1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
4 Telephone: (925) 300-4455
Facsimile: (925) 407-2700
5 E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
6            jluster@bursor.com

7
*Attorneys for Plaintiffs*
8

9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12

13
|   |   |
|---|---|
| ANGELA DOBBINS, MOLLIE DELANEY and AMANDA RETCOFSKY individually and on behalf of all others similarly situated, | Case No.  14-CV-00358 SI |
|  | **[PROPOSED] ORDER APPROVING THE JOINT STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, |  |
| v. |  |
| SENSA PRODUCTS, LLC, GNC CORPORATION, GNC INC., SENSA, INC., and ALAN R. HIRSCH, | The Honorable Susan Illston |
| Defendants. |  |

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that the initial Case Management Conference in this case is reset from April 25, 2014 at 2:30 p.m. to __5/30/14__ at __2:30 pm__ before the Honorable Judge Susan Illston.

DATED: April _3_, 2014

_Susan Illston_
The Honorable Judge Susan Illston
United States District Court Judge

.

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1