1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Annick M. Persinger (State Bar No. 272996)
   Julia A. Luster (State Bar No. 295031)
3  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
6           jluster@bursor.com

7
   *Attorneys for Plaintiffs*
8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | ANGELA DOBBINS, MOLLIE DELANEY and AMANDA RETCOFSKY individually and on behalf of all others similarly situated, | Case No. 14-CV-00358 SI

14 | | **[PROPOSED] ORDER APPROVING THE JOINT STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE**

15 | Plaintiffs,

16 | v.

17 | SENSA PRODUCTS, LLC, GNC CORPORATION, GNC INC., SENSA, INC., and ALAN R. HIRSCH,

18 | | The Honorable Susan Illston

19 | Defendants.

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1 | Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that
2 | the initial Case Management Conference in this case is reset from May 30, 2014 at 2:30 p.m. to
3 | __July 18, 2015__ at __2:30 pm__ before the Honorable Judge Susan Illston.

4

5 | DATED: May __19__, 2014

___Susan Illston___
The Honorable Judge Susan Illston
United States District Court Judge

[PROPOSED] ORDER APPROVING THE JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT CONFERENCE
CASE NO. 14-CV-00358 SI

1